

# Fourth Court of Appeals
## San Antonio, Texas

April 3, 2020

No. 04-20-00146-CV

The Most Reverend Wm. Michael **MULVEY**, S.T.L., D.D. Bishop of Corpus Christi
Appellant/Cross-Appellee,

v.

**BAY, LTD**.,
Appellee/Cross-Appellant

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 12-09-51494-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

The reporter's record was due on April 2, 2020.  *See* TEX. R. APP. P. 35.1.  After the due date, court reporter Sonia G. Trevino filed a notice of late record and advised this court that Appellant has not paid the fee to prepare the reporter's record.

We ORDER Appellant to provide written proof to this court by April 13, 2020, that (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee, or (2) Appellant is entitled to appeal without paying the reporter's fee.

If Appellant fails to respond within the time provided, Appellant must file a brief with this court within THIRTY DAYS after the clerk's record is filed, and the court will only "consider and decide those issues or points [raised in Appellant's brief] that do not require a reporter's record for a decision."  *See id.* R. 37.3(c).

If Appellant timely complies with this order, the reporter's record will be due THIRTY DAYS after Appellant files written proof showing compliance with this order and our order of April 2, 2020, pertaining to the reporter's record from Irene Salazar.  *See id.* R. 35.3(c) (limiting an extension of time to file the record in a regular appeal to thirty days).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of April, 2020.



Michael A. Cruz,
Clerk of Court